UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Tammy Allen,**
          **Plaintiff**

    **V.**

**CIVIL ACTION**

**NO.  05-10886-NMG**

**United States of America,**
          **Defendant**

## ORDER OF DISMISSAL

**GORTON,   D. J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

    **5/10/06**
        **Date**

**/s/ Craig J. Nicewicz**
**Deputy Clerk**

(4mdism2.ord - 09/96)   [odism.]